**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6131**

JOHN GUY DAVIS,

            Petitioner – Appellant,

    v.

ERIC WILSON, Warden

            Respondent – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:17-cv-00004-REP-RCY)

Submitted:  May 31, 2018                                    Decided:  June 7, 2018

Before WYNN, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Guy Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Guy Davis appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's judgment. *Davis v. Wilson*, No. 3:17-cv-00004-REP-RCY (E.D. Va. Dec. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*